# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE:  ESTATE OF MARY D. FRANO : No. 368 WAL 2016
:
:
PETITION OF: EAGLE : Petition for Allowance of Appeal from
ENVIRONMENTAL, L.P. : the Order of the Superior Court


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 20th day of March, 2017, the Petition for Allowance of Appeal is

**DENIED**.